**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____  Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Michael Felice Interiors LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Michael Felice Interiors Limited Liability Company**<br>**DBA  Michael Felice Interiors**<br>**DBA  Hunter Douglas Design Gallery by Michael Felice Interiors** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-4180557** |

4. **Debtor's address**

**Principal place of business**

**318 Franklin Avenue**
**Wyckoff, NJ 07481**
Number, Street, City, State & ZIP Code

**Bergen**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  **www.michaelfeliceinteriors.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Michael Felice Interiors LLC**

Name                                                                Case number (*if known*) _____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

|  | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
|  | District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

|  | Debtor | _____ |  | Relationship | _____ |
|---|---|---|---|---|---|
|  | District | _____ | When | _____ | Case number, if known | _____ |

---

| Debtor | **Michael Felice Interiors LLC** | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

**11.** **Why is the case filed in** ***this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Michael Felice Interiors LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 30, 2020**
                MM / DD / YYYY

**X** **/s/ Michael J. Felice**                                    **Michael J. Felice**
Signature of authorized representative of debtor          Printed name

Title    **Member**

**18. Signature of attorney**

**X** **/s/ David L. Stevens**                    Date    **January 30, 2020**
Signature of attorney for debtor                         MM / DD / YYYY

**David L. Stevens 034422007 NJ**
Printed name

**Scura, Wigfield, Heyer, Stevens & Cammarota, LLP**
Firm name

**1599 Hamburg Turnpike**
**Wayne, NJ 07470**
Number, Street, City, State & ZIP Code

Contact phone    **973-696-8391**    Email address    **ecfbkfilings@scuramealey.com**

**034422007 NJ NJ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name        **Michael Felice Interiors LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 30, 2020**          X */s/ Michael J. Felice*
                                          Signature of individual signing on behalf of debtor

                                          **Michael J. Felice**
                                          Printed name

                                          **Member**
                                          Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Michael Felice Interiors LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express Attn: President / C.E.O. / Responsible Agent 200 Vesey Street New York, NY 10285-3106** | | **Credit card purchases** | | | | **$79,146.00** |
| **American Express Attn: President / C.E.O. / Responsible Agent 200 Vesey Street New York, NY 10285-3106** | | **Credit card purchases** | | | | **$60,723.54** |
| **Bank Of America Attn: President / C.E.O. / Responsible Agent P.O. Box 15796 Wilmington, DE 19886** | | **Credit card** | | | | **$19,850.48** |
| **Biehl & Biehl Inc - Attn: Achris Goldman c/o Norh Jersey Media 325 E. Fullerton Avenue Carol Stream, IL 60188** | | **Trade debt** | | | | **$50,000.00** |
| **Capital One Attn: President / C.E.O. / Responsible Agent P.O. Box 6492 Carol Stream, IL 60197** | | **Credit card** | | | | **$13,737.49** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Debtor    **Michael Felice Interiors LLC**                                        Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CK Electronics Attn: President / C.E.O. / Responsible Agent 10 Storrs Court Mahwah, NJ 07430** | | **Trade debt** | | | | **$45,000.00** |
| **Discover Attn: President / C.E.O. / Responsible Agent P.O. Box 6105 Carol Stream, IL 60197** | | **Credit card** | | | | **$17,344.36** |
| **Discover Financial Attn: President / C.E.O. / Responsible Agent 12 Reads Way New Castle, DE 19720** | | **Credit card** | | | | **$18,000.00** |
| **GTR Source / Empire Attn: President / C.E.O. / Responsible Agent 2361 Nostrand Avenue, Suite 501 Brooklyn, NY 11210** | | **All real property except vehicle.** | **Disputed** | **$254,830.00** | **$61,074.42** | **$193,755.58** |
| **Heartland Payment Systems Attn: President / C.E.O. / Responsible Agent 3932 S. Boulevard Street Edmond, OK 73003** | | **Credit card processing provider** | | | | **$36,000.00** |
| **Hunter Douglas Attn: President / C.E.O. / Responsible Agent 1 Blue Hill Plaza, 21st Fl. Pearl River, NY 10965** | | **Trade debt** | | | | **$657,000.00** |
| **Jacqueline & Mike Kelly 723 6th Street River Edge, NJ 07661** | | **Money loaned** | | | | **$155,000.00** |

Debtor   **Michael Felice Interiors LLC**                                    Case number *(if known)*
_____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Joe Donaway Wallcovering Installation Attn: President / C.E.O. / Responsible Agent 38 Dogwood Road Boonton, NJ 07005** | | **Trade debt** | | | | **$18,000.00** |
| **Marlene & William Koenig 28 Pascack Road Park Ridge, NJ 07656** | | **Money loaned** | | | | **$25,000.00** |
| **Par Funding / Complete Business Solution Attn: President / C.E.O. / Responsible Agent 2000 PGA Blvd., Suite 440 North Palm Beach, FL 33408** | | **All real property except vehicle.** | | **$455,147.65** | **$61,074.42** | **$394,073.23** |
| **PayPal Attn: President / C.E.O. / Responsible Agent 3505 Silver Side Road, Suite 200 Wilmington, DE 19810** | | **Loan Agreement** | | | | **$30,000.00** |
| **Phillip Jeffries 180 Passaic Avenue Fairfield, NJ 07004** | | **Trade debt** | | | | **$20,338.10** |
| **Pioneer Credit Recovery c/o NJ Division of Taxation Attn: Arthur Crichlow P.O. Box 1009 Moorestown, NJ 08057** | | **Sales Tax** | | | | **$73,677.46** |
| **Pollio Plumbing Attn: President / C.E.O. / Responsible Agent P.O. Box 445 Dumont, NJ 07628** | | **Sub-contractor** | | | | **$15,000.00** |

Debtor  **Michael Felice Interiors LLC**                          Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wyckoff Associates Attn: President / C.E.O. / Responsible Agent 365 Franklin Avenue Wyckoff, NJ 07481** | | **Lease** | **Subject to Setoff** | | | $38,921.50 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Michael Felice Interiors LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     **12/15**

<hr>

**Part 1:    Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $       **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $     **97,524.42**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $     **97,524.42**

<hr>

**Part 2:    Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **779,477.65**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $     **95,665.46**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$     **1,425,397.80**

4.  **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b      $     **2,300,540.91**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Michael Felice Interiors LLC**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | | $1,622.47 |
| 3.2. | **TD Bank** | **Checking** | | $1,851.95 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$3,474.42

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Security deposit for 160N. NJ-17, Paramus, New Jersey 07652.** | $33,600.00 |
|---|---|---|
| 7.2. | **Secuirty deposit for 318 Franklin Avenue, Wyckoff, NJ 07481.** | $21,000.00 |

| Debtor | **Michael Felice Interiors LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                                    | $54,600.00 |
   Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Desk, chairs, etc.** | **$1,000.00** | | **$1,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Printer, Computer, Phone, Software for both store locations.** | **$2,000.00** | | **$2,000.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
   books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
   collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | **Michael Felice Interiors LLC** | Case number *(If known)* _____ |
|--------|----------------------------------|------------------------------------------|
|        | Name |  |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$3,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2018 BMW 540** | $36,450.00 | Expert | $36,450.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$36,450.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **Michael Felice Interiors LLC** | Case number *(If known)* | _____ |
|--------|----------------------------------|--------------------------|------------------|
|        | Name                             |                          |                  |

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor     **Michael Felice Interiors LLC**                              Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,474.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $54,600.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $36,450.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $97,524.42 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $97,524.42 |

**Fill in this information to identify the case:**

Debtor name    **Michael Felice Interiors LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Blue Vine** | Describe debtor's property that is subject to a lien | **$3,000.00** | **$61,074.42** |
|---|---|---|---|---|

Creditor's Name

**Attn: President / C.E.O. /
Responsible
Agent
401 Warren Street
Redwood City, CA 94063**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**All real property except the vehicle.**

**Describe the lien**
UCC 51833392
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **CHTD Company** | Describe debtor's property that is subject to a lien | $0.00 | $61,074.42 |
|---|---|---|---|---|

Creditor's Name

**P.O Box 2576
Springfield, IL 62708**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**All real property except vehicle.**

**Describe the lien**
UCC 53481993
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Michael Felice Interiors LLC**                              Case number (if know) _____
     Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **GTR Source / Empire** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien | **$254,830.00** | **$61,074.42**
**All real property except vehicle.**

**Attn: President / C.E.O. /**
**Responsible**
**Agent**
**2361 Nostrand Avenue,**
**Suite 501**
**Brooklyn, NY 11210**
Creditor's mailing address

Describe the lien
**Unperfected contract lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.4 | **Kabbage** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien | **$11,500.00** | **$61,074.42**
**All real property except vehicle.**

**Attn: President / C.E.O. /**
**Responsible**
**Agent**
**925 B Peachtree Street,**
**Suite 1688**
**Atlanta, GA 30309**
Creditor's mailing address

Describe the lien
**UCC 53575382**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.5 | **Knight Capital** | | |
|---|---|---|---|

Describe debtor's property that is subject to a lien | **$25,000.00** | **$61,074.42**

---

Debtor    **Michael Felice Interiors LLC**                                    Case number (if know) _____
          _____
          Name

Creditor's Name                        **All real property except vehicle**
**Attn: President / C.E.O. /**
**Responsible**
**Agent**
**9 East Loockerman Street,**
**Suite 202-543**
**Dover, DE 19901**
Creditor's mailing address             **Describe the lien**
                                       **UCC 53330752 / Merchant advance**
                                       **Is the creditor an insider or related party?**
                                       ■ No
Creditor's email address, if known     ☐ Yes
                                       **Is anyone else liable on this claim?**
**Date debt was incurred**             ☐ No
                                       ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**      **As of the petition filing date, the claim is:**
**interest in the same property?**     Check all that apply
■ No                                   ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.6 | **On Deck** | **Describe debtor's property that is subject to a lien** | $30,000.00 | $61,074.42 |

Creditor's Name                        **All real property except vehicle.**
**Attn: President / C.E.O. /**
**Responsible**
**Agent**
**901 North Stuart Street**
**Arlington, VA 22203**
Creditor's mailing address             **Describe the lien**
                                       **UCC 51112936**
                                       **Is the creditor an insider or related party?**
                                       ■ No
Creditor's email address, if known     ☐ Yes
                                       **Is anyone else liable on this claim?**
**Date debt was incurred**             ☐ No
                                       ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**      **As of the petition filing date, the claim is:**
**interest in the same property?**     Check all that apply
■ No                                   ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.7 | **Par Funding / Complete Business Solution** | **Describe debtor's property that is subject to a lien** | $455,147.65 | $61,074.42 |

Creditor's Name                        **All real property except vehicle.**
**Attn: President / C.E.O. /**
**Responsible**
**Agent**
**2000 PGA Blvd., Suite 440**
**North Palm Beach, FL**
**33408**
Creditor's mailing address             **Describe the lien**
                                       **UCC 52996542 / Merchant advance**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Michael Felice Interiors LLC**                                    Case number (if know) _____
         Name

_____     **Is the creditor an insider or related party?**

Creditor's email address, if known          ■ No

                                             ☐ Yes

**Date debt was incurred**                   **Is anyone else liable on this claim?**

                                             ☐ No

**Last 4 digits of account number**          ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply

■ No                                         ☐ Contingent

☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its
relative priority.                           ☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$779,477.65** |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **C T Corporation System**<br>**330 N Brand Blvd, Suite 700**<br>**Attn: SPRS**<br>**Glendale, CA 91203** | Line **2.2** | |
| **Complete Group Solutions Group, INC.**<br>**325 Cherry Street**<br>**Philadelphia, PA 19106** | Line **2.7** | |
| **Complete Group Solutions Group, INC.**<br>**Attn: President / C.E.O. / Responsible Agent**<br>**22 N. 3rd Street**<br>**Philadelphia, PA 19106** | Line **2.7** | |
| **John Hartley, Esq**<br>**Brian H. Smith, Esq.**<br>**c/o Complete Business Solutions Group**<br>**20 N. 3rd Street**<br>**Philadelphia, PA 19106** | Line **2.7** | |
| **Norman M. Valz, Esq.**<br>**205 Arch Street, 2nd Fl.**<br>**Philadelphia, PA 19106** | Line **2.7** | |
| **Sirlin Lesser & Benson, P.C.**<br>**Attn: Jon C. Sirlin, Esq.**<br>**c/o TD Bank**<br>**123 South Broad Street, Suite 2100**<br>**Philadelphia, PA 19109** | Line **2.7** | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Michael Felice Interiors LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $752.00 | $752.00 |
| | **Alexa Houlis** **37 Fremont Avenue** **Nanuet, NY 10954** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,192.00 | $5,192.00 |
| | **Barbara Benson** **623 Pawnee Lane** **Franklin Lakes, NJ 07417** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Unpaid wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Michael Felice Interiors LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,954.00** | **$3,954.00** |
|---|---|---|---|---|
| | **Elizabeth Kane** | *Check all that apply.* | | |
| | **8 Romary Court** | ☐ Contingent | | |
| | **Glen Rock, NJ 07452** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$890.00** | **$890.00** |
|---|---|---|---|---|
| | **Elyce Berenzweig** | *Check all that apply.* | | |
| | **28 Hazy Gate Lane** | ☐ Contingent | | |
| | **Franklin Lakes, NJ 07417** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,228.00** | **$9,228.00** |
|---|---|---|---|---|
| | **Janette Casse** | *Check all that apply.* | | |
| | **20 Hill Street** | ☐ Contingent | | |
| | **Midland Park, NJ 07432** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,192.00** | **$1,192.00** |
|---|---|---|---|---|
| | **Michelle Griffith** | *Check all that apply.* | | |
| | **159 S. Highwood Avenue** | ☐ Contingent | | |
| | **Glen Rock, NJ 07452** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| Debtor | **Michael Felice Interiors LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |

**Olivia Janovic**
**51 Hering Road**
**Montvale, NJ 07645**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73,677.46 | $73,677.46 |

**Pioneer Credit Recovery**
**c/o NJ Division of Taxation**
**Attn: Arthur Crichlow**
**P.O. Box 1009**
**Moorestown, NJ 08057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,721.00 |

**17 North Associates/Gabrellian Associate**
**Attn: President / C.E.O. / Responsible Agent**
**95 NJ-17 South**
**Paramus, NJ 07652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79,146.00 |

**American Express**
**Attn: President / C.E.O. / Responsible Agent**
**200 Vesey Street**
**New York, NY 10285-3106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,723.54 |

**American Express**
**Attn: President / C.E.O. / Responsible Agent**
**200 Vesey Street**
**New York, NY 10285-3106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Michael Felice Interiors LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,207.21 |
|---|---|---|---|

**Bank Of America**
**Attn: President / C.E.O. / Responsible**
**Agent**
**P.O. Box 15019**
**Wilmington, DE 19886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card**

Last 4 digits of account number  **4540**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,850.48 |
|---|---|---|---|

**Bank Of America**
**Attn: President / C.E.O. / Responsible**
**Agent**
**P.O. Box 15796**
**Wilmington, DE 19886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card**

Last 4 digits of account number  **9609**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Biehl & Biehl Inc - Attn: Achris Goldman**
**c/o Norh Jersey Media**
**325 E. Fullerton Avenue**
**Carol Stream, IL 60188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,499.38 |
|---|---|---|---|

**Buchanan Ingersoll Rooney**
**Attn: Michael D. Hall**
**c/o Install Focus**
**550 Broad Street, Suite 810**
**Newark, NJ 07102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,737.49 |
|---|---|---|---|

**Capital One**
**Attn: President / C.E.O. / Responsible**
**Agent**
**P.O. Box 6492**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card**

Last 4 digits of account number  **7732**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $493.97 |
|---|---|---|---|

**Carole Fabrics**
**Attn: President / C.E.O. / Responsible**
**Agent**
**P.O. Box 1436**
**Augusta, GA 30903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplier**

Last 4 digits of account number  **5000**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Michael Felice Interiors LLC**

Name

Case number (if known)

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,134.88** |
|---|---|---|---|

**Cirino Landscaping**
**Attn: President / C.E.O. / Responsible**
**Agent**
**440 West Main Street**
**Wyckoff, NJ 07481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Accounts**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**CK Electronics**
**Attn: President / C.E.O. / Responsible**
**Agent**
**10 Storrs Court**
**Mahwah, NJ 07430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$268.00** |
|---|---|---|---|

**Cowtan & Tout**
**Attn: President / C.E.O. / Responsible**
**Agent**
**205 Hudson Street, 6th Floor**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  **5113**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,933.67** |
|---|---|---|---|

**Currey & Company**
**Attn: President / C.E.O. / Responsible**
**Agent**
**50 Best Friend Road**
**Atlanta, GA 30340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **Felice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135.00** |
|---|---|---|---|

**Design NJ**
**Attn: President / C.E.O. / Responsible**
**Agent**
**328 Newman Springs Road, Suite 11**
**Red Bank, NJ 07701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Magazine Subscription**

Last 4 digits of account number  **61MD**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$211.64** |
|---|---|---|---|

**DexYP**
**Attn: President / C.E.O. / Responsible**
**Agent**
**P.O. Box 619009, DFW Airport**
**Dallas, TX 75261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Marketing**

Last 4 digits of account number  **4802**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Michael Felice Interiors LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,344.36**

**Discover**
Attn: President / C.E.O. / Responsible Agent
P.O. Box 6105
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Credit card__

Last 4 digits of account number  **2291**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,000.00**

**Discover Financial**
Attn: President / C.E.O. / Responsible Agent
12 Reads Way
New Castle, DE 19720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Credit card__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,192.16**

**Fairfield Chairs**
Attn: President / C.E.O. / Responsible Agent
P.O. Box 890081
Charlotte, NC 28289

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number  **0295**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,955.00**

**Fine Line Delivery**
Attn: President / C.E.O. / Responsible Agent
27 Utter Avenue, Suite D
Hawthorne, NJ 07506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$396.02**

**First Data Global Leasing**
Attn: President / C.E.O. / Responsible Agent
P.O. Box 173845
Denver, CO 80217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Credit Card machine__

Last 4 digits of account number  **9600**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Franklin Funding Group LLC**
Attn: President / C.E.O. / Responsible Agent
1425 37th Street
Brooklyn, NY 11218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Michael Felice Interiors LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.22** | Nonpriority creditor's name and mailing address

Hallman Furniture
265 Wittenburg Road
Taylorsville, NC 28681

Date(s) debt was incurred _
Last 4 digits of account
number  Michael Felice Inter

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,190.00**

---

**3.23** | Nonpriority creditor's name and mailing address

Hanson Homes
Attn: President / C.E.O. / Responsible
Agent
1 Willow Court
Park Ridge, NJ 07656

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sub-contractor service

Is the claim subject to offset? ■ No  ☐ Yes

**$10,450.00**

---

**3.24** | Nonpriority creditor's name and mailing address

Heartland Payment Systems
Attn: President / C.E.O. / Responsible
Agent
3932 S. Boulevard Street
Edmond, OK 73003

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit card processing provider

Is the claim subject to offset? ■ No  ☐ Yes

**$36,000.00**

---

**3.25** | Nonpriority creditor's name and mailing address

Hooker
Attn: President / C.E.O. / Responsible
Agent
400 Commonwealth, Blvd., E
Martinsville, VA 24112

Date(s) debt was incurred _

Last 4 digits of account number  3012

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,036.97**

---

**3.26** | Nonpriority creditor's name and mailing address

Houles
Attn: President / C.E.O. / Responsible
Agent
979 Thirs Avenue, Suite 919
New York, NY 10022

Date(s) debt was incurred _

Last 4 digits of account number  0248

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,227.00**

---

**3.27** | Nonpriority creditor's name and mailing address

Hunter Douglas
Attn: President / C.E.O. / Responsible
Agent
1 Blue Hill Plaza, 21st Fl.
Pearl River, NY 10965

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**$657,000.00**

---

Debtor   **Michael Felice Interiors LLC**
Name
Case number (if known) _____

| | |
|---|---|
| 3.28 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| **Influx Capital LLC** | |
| **Attn: President / C.E.O. / Responsible Agent** | ☐ Contingent |
| **32 Court Street # 205** | ☐ Unliquidated |
| **Brooklyn, NY 11201** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __ Merchant advance. __ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.29 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $155,000.00 |
| **Jacqueline & Mike Kelly** | |
| **723 6th Street** | ☐ Contingent |
| **River Edge, NJ 07661** | ☐ Unliquidated |
| | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __ Money loaned __ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.30 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $2,183.37 |
| **JF Fabric** | |
| **Attn: President / C.E.O. / Responsible Agent** | ☐ Contingent |
| **P.O. Box 888, 6000 Main Street** | ☐ Unliquidated |
| **Tonawanda, NY 14151** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number  2277 | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.31 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $18,000.00 |
| **Joe Donaway Wallcovering Installation** | |
| **Attn: President / C.E.O. / Responsible Agent** | ☐ Contingent |
| **38 Dogwood Road** | ☐ Unliquidated |
| **Boonton, NJ 07005** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __ Trade debt __ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.32 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $1,921.00 |
| **John Richard** | ☐ Contingent |
| **306 Eastman** | ☐ Unliquidated |
| **Greenwood, MS 38930** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number  LIC1 | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.33 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $2,484.81 |
| **Kravet** | |
| **Attn: President / C.E.O. / Responsible Agent** | ☐ Contingent |
| **P.O. Box 9413** | ☐ Unliquidated |
| **New York, NY 10087** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number  4084 | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.34 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $1,075.61 |
| **Levy Diamond Bello & Associates** | |
| **c/o Fabricut** | ☐ Contingent |
| **P.O. Box 352** | ☐ Unliquidated |
| **Milford, CT 06460** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number  1472 | Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **Michael Felice Interiors LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,650.00 |
|---|---|---|---|

**Loren Ferraro**
**666 Godwin Avenue, Suite 210**
**Midland Park, NJ 07432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,297.00 |
|---|---|---|---|

**Lyon Collection Services**
**c/o Saloom**
**7924 West Sahara Avenue**
**Las Vegas, NV 89117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4798**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Marlene & William Koenig**
**28 Pascack Road**
**Park Ridge, NJ 07656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money loaned**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marshall Stokols**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Sub-contractor service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $442.49 |
|---|---|---|---|

**Merchant Alarm Systems**
**Attn: President / C.E.O. / Responsible**
**Agent**
**203 Paterson Avenue**
**Wallington, NJ 07057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **160**

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,650.00 |
|---|---|---|---|

**Osborne & Little**
**Attn: President / C.E.O. / Responsible**
**Agent**
**90 Commerce Road**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9324**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,500.00 |
|---|---|---|---|

**Park Flooring**
**Attn: President / C.E.O. / Responsible**
**Agent**
**658 Colonial Blvd.**
**Washington, NJ 07675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Sub-contractor service**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Michael Felice Interiors LLC**                                    Case number *(if known)*
Name

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**PayPal**
**Attn: President / C.E.O. / Responsible Agent**
**3505 Silver Side Road, Suite 200**
**Wilmington, DE 19810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Loan Agreement__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,338.10 |
|---|---|---|---|

**Phillip Jeffries**
**180 Passaic Avenue**
**Fairfield, NJ 07004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number  __5594__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**Pollio Plumbing**
**Attn: President / C.E.O. / Responsible Agent**
**P.O. Box 445**
**Dumont, NJ 07628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Sub-contractor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PSE&G**
**P.O. Box 14444**
**New Brunswick, NJ 08906-4444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Quicksilver Capital, LLC**
**Attn: President / C.E.O. / Responsible Agent**
**181 S. Franklin Ave.**
**Valley Stream, NY 11581**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.66 |
|---|---|---|---|

**RA/Duralee**
**LSQ Funding Group, L.C.**
**P.O. Box 404322**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  __1432__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

**Rakotex**
**Attn: President / C.E.O. / Responsible Agent**
**96 Linwood Plaza, Suite 251**
**Fort Lee, NJ 07024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Michael Felice Interiors LLC**                                   Case number (if known) _____
          _____
          Name

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,578.72 |

**Romo**
Attn: President / C.E.O. / Responsible Agent
16722 West Park Circle Drive
Chagrin Falls, OH 44023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __0337__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $603.54 |

**Stout**
Attn: President / C.E.O. / Responsible Agent
P.O. Box 528
Souderton, PA 18964

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __3858__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,426.45 |

**Style Library**
Attn: President / C.E.O. / Responsible Agent
800 Huyler Street
Teterboro, NJ 07608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __7182__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,046.30 |

**The Hartford Financial Services Group**
Attn: President / C.E.O. / Responsible Agent
P.O. Box 249
Itasca, IL 60143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Insurance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,867.72 |

**Thibaut**
Attn: President / C.E.O. / Responsible Agent
P.O. Box 95000-5775
Philadelphia, PA 19195

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __4066__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $216.52 |

**Unique**
Attn: President / C.E.O. / Responsible Agent
P.O. Box 1036
Champlain, NY 12919

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __6986__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Michael Felice Interiors LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,335.72** |
|---|---|---|---|

**Waste Management**
Attn: President / C.E.O. / Responsible
Agent
1001 Fannin, Suite 4000
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$614.52** |
|---|---|---|---|

**Webster Carpet**
Attn: President / C.E.O. / Responsible
Agent
P.O. Box 4403
Cherry Hill, NJ 08034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,921.50** |
|---|---|---|---|

**Wyckoff Associates**
Attn: President / C.E.O. / Responsible
Agent
365 Franklin Avenue
Wyckoff, NJ 07481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Lease__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,840.00** |
|---|---|---|---|

**Zimmer & Rohdes**
Attn: President / C.E.O. / Responsible
Agent
30 Buxton Farm Road, Suite 110
Stamford, CT 06905

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  6311

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **New Jersey Attorney General Office** <br> **Division of Law** <br> **Richard J. Hughes Justice Complex** <br> **25 Market St., PO Box 112** <br> **Trenton, NJ 08625** | Line  **2.8** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.2 | **New Jersey Division of Taxation** <br> **Compliance & Enforcement - Bankruptcy** <br> **50 Barrack St., 9th Fl.** <br> **PO Box 245** <br> **Trenton, NJ 08695** | Line  **2.8** <br><br> ☐ Not listed. Explain ____ | _ |

---

| Debtor | **Michael Felice Interiors LLC** | Case number (if known) | |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **United States Attorney General**<br>**U.S. Department of Jusitce**<br>**Ben Franklin Station**<br>**P.O. Box 683**<br>**Washington, DC 20044** | Line **2.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Zwicker & Associates**<br>**Attn: Peter N. Fish, Esq.**<br>**1105 Laurel Oak Road, Suite 136**<br>**Voorhees, NJ 08043** | Line **3.3**<br><br>☐ Not listed. Explain ____ | **5619** |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 95,665.46 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,425,397.80 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,521,063.26 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Michael Felice Interiors LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement for the Paramus store location.** | |
| | State the term remaining | | **17 North Associates/Gabrellian Associate** |
| | List the contract number of any government contract | | **95 NJ-17 South** **Paramus, NJ 07652** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Loan agreement** | |
| | State the term remaining | | **Blue Vine** |
| | List the contract number of any government contract | | **401 Warren Street** **Redwood City, CA 94063** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | **Discover Financial** **Attn: President / C.E.O. / Responsible Agent** |
| | List the contract number of any government contract | | **12 Reads Way** **New Castle, DE 19720** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Future Receivables Sale and Purchase Agreement.** | |
| | State the term remaining | | **GTR Source / Empire** **Attn: President / C.E.O. / Responsible Agent** |
| | List the contract number of any government contract | | **2361 Nostrand Avenue, Suite 501** **Brooklyn, NY 11210** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Michael Felice Interiors LLC**                                            Case number *(if known)*
                First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Credit card and payroll** | |
| State the term remaining | **Heartland Payment Systems**<br>**Attn: President / C.E.O. / Responsible Agent**<br>**3932 S. Boulevard Street** |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Gallery Agreement** | |
| State the term remaining | **Hunter Douglas**<br>**1 Blue Hill Plaza**<br>**Pearl River, NY 10965** |
| List the contract number of any government contract | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Loan agreement** | |
| State the term remaining | **Kabbage**<br>**925 B Peachtree Street, Suite 1688**<br>**Atlanta, GA 30309** |
| List the contract number of any government contract | |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Loan agreement** | |
| State the term remaining | **Knight Capital**<br>**Attn: President / C.E.O. / Responsible Agent**<br>**9 East Loockerman Street, Suite 202-543**<br>**Dover, DE 19901** |
| List the contract number of any government contract | |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Loan agreement** | |
| State the term remaining | **On Deck Capital**<br>**Attn: President / C.E.O. / Responsible Agent**<br>**901 North Stuart Street**<br>**Arlington, VA 22203** |
| List the contract number of any government contract | |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Loan agreement** | |
| State the term remaining | **Par Funding / CBSG**<br>**Attn: President / C.E.O. / Responsible Agent**<br>**20 North 3rd Street**<br>**Philadelphia, PA 19106** |
| List the contract number of any | |

Debtor 1    **Michael Felice Interiors LLC**
          First Name          Middle Name          Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **PayPal**<br>**Attn: President / C.E.O. / Responsible Agent**<br>**3505 Silver Side Road, Suite 200**<br>**Wilmington, DE 19810** |
| | List the contract number of any government contract | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement for the Wyckoff store location.** |
|---|---|---|
| | State the term remaining | **Wyckoff Associates**<br>**365 Franklin Avenue**<br>**Wyckoff, NJ 07481** |
| | List the contract number of any government contract | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Michael Felice Interiors LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Cecilia Guzzo** | **45 Stony Ridge Drive** <br> **Hillsdale, NJ 07642** | **Hunter Douglas** | ☐ D _____ <br> ■ E/F __3.27__ <br> ☐ G _____ |
| 2.2 **Cecilia Guzzo** | **45 Stony Ridge Drive** <br> **Hillsdale, NJ 07642** | **American Express** | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |
| 2.3 **Cecilia Guzzo** | **45 Stony Ridge Drive** <br> **Hillsdale, NJ 07642** | **17 North Associates/Gabrellian Associate** | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |
| 2.4 **Cecilia Guzzo** | **45 Stony Ridge Drive** <br> **Hillsdale, NJ 07642** | **Wyckoff Associates** | ☐ D _____ <br> ■ E/F __3.57__ <br> ☐ G _____ |
| 2.5 **Cecilia Guzzo** | **45 Stony Ridge Drive** <br> **Hillsdale, NJ 07642** | **Heartland Payment Systems** | ☐ D _____ <br> ■ E/F __3.24__ <br> ☐ G _____ |

| Debtor | **Michael Felice Interiors LLC** | Case number *(if known)* |
|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 **Cecilia Guzzo** | 45 Stony Ridge Drive Hillsdale, NJ 07642 | **Alexa Houlis** | ☐ D _____ ▪ E/F __2.1__ ☐ G _____ |
| 2.7 **Cecilia Guzzo** | 45 Stony Ridge Drive Hillsdale, NJ 07642 | **Barbara Benson** | ☐ D _____ ▪ E/F __2.2__ ☐ G _____ |
| 2.8 **Cecilia Guzzo** | 45 Stony Ridge Drive Hillsdale, NJ 07642 | **Elizabeth Kane** | ☐ D _____ ▪ E/F __2.3__ ☐ G _____ |
| 2.9 **Cecilia Guzzo** | 45 Stony Ridge Drive Hillsdale, NJ 07642 | **Elyce Berenzweig** | ☐ D _____ ▪ E/F __2.4__ ☐ G _____ |
| 2.10 **Cecilia Guzzo** | 45 Stony Ridge Drive Hillsdale, NJ 07642 | **Janette Casse** | ☐ D _____ ▪ E/F __2.5__ ☐ G _____ |
| 2.11 **Cecilia Guzzo** | 45 Stony Ridge Drive Hillsdale, NJ 07642 | **Michelle Griffith** | ☐ D _____ ▪ E/F __2.6__ ☐ G _____ |
| 2.12 **Cecilia Guzzo** | 45 Stony Ridge Drive Hillsdale, NJ 07642 | **Olivia Janovic** | ☐ D _____ ▪ E/F __2.7__ ☐ G _____ |
| 2.13 **Cecilia Guzzo** | 45 Stony Ridge Drive Hillsdale, NJ 07642 | **Pioneer Credit Recovery** | ☐ D _____ ▪ E/F __2.8__ ☐ G _____ |

| Debtor | **Michael Felice Interiors LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 **Cecilia Guzzo** | 45 Stony Ridge Drive<br>Hillsdale, NJ 07642 | Biehl & Biehl Inc -<br>Attn: Achris Goldman | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.15 **Cecilia Guzzo** | 45 Stony Ridge Drive<br>Hillsdale, NJ 07642 | CK Electronics | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.16 **Cecilia Guzzo** | 45 Stony Ridge Drive<br>Hillsdale, NJ 07642 | Buchanan Ingersoll<br>Rooney | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.17 **Cecilia Guzzo** | 45 Stony Ridge Drive<br>Hillsdale, NJ 07642 | Par Funding /<br>Complete Business<br>Solution | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.18 **Cecilia Guzzo** | 45 Stony Ridge Drive<br>Hillsdale, NJ 07642 | Blue Vine | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.19 **Cecilia Guzzo** | 45 Stony Ridge Drive<br>Hillsdale, NJ 07642 | CHTD Company | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.20 **Cecilia Guzzo** | 45 Stony Ridge Drive<br>Hillsdale, NJ 07642 | On Deck | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.21 **Michael J. Felice** | 45 Stony Ridge Drive<br>Hillsdale, NJ 07642 | Hunter Douglas | ☐ D _____<br>■ E/F __3.27__<br>☐ G _____ |

| Debtor | **Michael Felice Interiors LLC** | | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22  Michael J. Felice | 45 Stony Ridge Drive<br>Hillsdale, NJ 07642 | American Express | ☐ D _____<br>■ E/F  **3.2**<br>☐ G _____ |
| 2.23  Michael J. Felice | 45 Stony Ridge Drive<br>Hillsdale, NJ 07642 | Wyckoff Associates | ☐ D _____<br>■ E/F  **3.57**<br>☐ G _____ |
| 2.24  Michael J. Felice | 45 Stony Ridge Drive<br>Hillsdale, NJ 07642 | 17 North Associates/Gabrellian Associate | ☐ D _____<br>■ E/F  **3.1**<br>☐ G _____ |
| 2.25  Michael J. Felice | 45 Stony Ridge Drive<br>Hillsdale, NJ 07642 | PayPal | ☐ D _____<br>■ E/F  **3.42**<br>☐ G _____ |
| 2.26  Michael J. Felice | 45 Stony Ridge Drive<br>Hillsdale, NJ 07642 | Heartland Payment Systems | ☐ D _____<br>■ E/F  **3.24**<br>☐ G _____ |
| 2.27  Michael J. Felice | 45 Stony Ridge Drive<br>Hillsdale, NJ 07642 | Kabbage | ■ D  **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.28  Michael J. Felice | 45 Stony Ridge Drive<br>Hillsdale, NJ 07642 | Alexa Houlis | ☐ D _____<br>■ E/F  **2.1**<br>☐ G _____ |
| 2.29  Michael J. Felice | 45 Stony Ridge Drive<br>Hillsdale, NJ 07642 | Barbara Benson | ☐ D _____<br>■ E/F  **2.2**<br>☐ G _____ |

| Debtor | **Michael Felice Interiors LLC** | Case number *(if known)* | |

---

| █ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **Michael J. Felice** | **45 Stony Ridge Drive**<br>**Hillsdale, NJ 07642** | **Elizabeth Kane** | ☐ D _____<br>■ E/F __**2.3**__<br>☐ G _____ |
| 2.31 | **Michael J. Felice** | **45 Stony Ridge Drive**<br>**Hillsdale, NJ 07642** | **Elyce Berenzweig** | ☐ D _____<br>■ E/F __**2.4**__<br>☐ G _____ |
| 2.32 | **Michael J. Felice** | **45 Stony Ridge Drive**<br>**Hillsdale, NJ 07642** | **Janette Casse** | ☐ D _____<br>■ E/F __**2.5**__<br>☐ G _____ |
| 2.33 | **Michael J. Felice** | **45 Stony Ridge Drive**<br>**Hillsdale, NJ 07642** | **Michelle Griffith** | ☐ D _____<br>■ E/F __**2.6**__<br>☐ G _____ |
| 2.34 | **Michael J. Felice** | **45 Stony Ridge Drive**<br>**Hillsdale, NJ 07642** | **Olivia Janovic** | ☐ D _____<br>■ E/F __**2.7**__<br>☐ G _____ |
| 2.35 | **Michael J. Felice** | **45 Stony Ridge Drive**<br>**Hillsdale, NJ 07642** | **Pioneer Credit Recovery** | ☐ D _____<br>■ E/F __**2.8**__<br>☐ G _____ |
| 2.36 | **Michael J. Felice** | **45 Stony Ridge Drive**<br>**Hillsdale, NJ 07642** | **Biehl & Biehl Inc - Attn: Achris Goldman** | ☐ D _____<br>■ E/F __**3.6**__<br>☐ G _____ |
| 2.37 | **Michael J. Felice** | **45 Stony Ridge Drive**<br>**Hillsdale, NJ 07642** | **CK Electronics** | ☐ D _____<br>■ E/F __**3.11**__<br>☐ G _____ |

| Debtor | **Michael Felice Interiors LLC** | Case number *(if known)* | |
|---|---|---|---|

| | Additional Page to List More Codebtors | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 | Michael J. Felice<br>45 Stony Ridge Drive<br>Hillsdale, NJ 07642 | Quicksilver Capital, LLC | ☐ D ____<br>■ E/F  **3.46**<br>☐ G ____ |
| 2.39 | Michael J. Felice<br>45 Stony Ridge Drive<br>Hillsdale, NJ 07642 | Knight Capital | ■ D  **2.5**<br>☐ E/F ____<br>☐ G ____ |
| 2.40 | Michael J. Felice<br>45 Stony Ridge Drive<br>Hillsdale, NJ 07642 | Par Funding / Complete Business Solution | ■ D  **2.7**<br>☐ E/F ____<br>☐ G ____ |
| 2.41 | Michael J. Felice<br>45 Stony Ridge Drive<br>Hillsdale, NJ 07642 | Blue Vine | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.42 | Michael J. Felice<br>45 Stony Ridge Drive<br>Hillsdale, NJ 07642 | CHTD Company | ■ D  **2.2**<br>☐ E/F ____<br>☐ G ____ |
| 2.43 | Michael J. Felice<br>45 Stony Ridge Drive<br>Hillsdale, NJ 07642 | GTR Source / Empire | ■ D  **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.44 | Michael J. Felice<br>45 Stony Ridge Drive<br>Hillsdale, NJ 07642 | On Deck | ■ D  **2.6**<br>☐ E/F ____<br>☐ G ____ |
| 2.45 | Cecilia E. Guzzo<br>28 Pascack Road<br>Park Ridge, NJ 07656 | Hunter Douglas | ☐ D ____<br>☐ E/F ____<br>■ G  **2.6** |

| Debtor | **Michael Felice Interiors LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

⬛ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.46 | **Cecilia Guzzo** | **28 Pasack Road**<br>**Park Ridge, NJ 07656** | **Par Funding / CBSG** | ☐ D _____<br>☐ E/F _____<br>⬛ G    **2.10** |
| 2.47 | **Cecilia Guzzo** | **28 Pasack Road**<br>**Park Ridge, NJ 07656** | **17 North Associates/Gabrellia n Associate** | ☐ D _____<br>☐ E/F _____<br>⬛ G    **2.1** |
| 2.48 | **Michael J Felice** | **646 Avalon Gardens Drive**<br>**Nanuet, NY 10954** | **GTR Source / Empire** | ☐ D _____<br>☐ E/F _____<br>⬛ G    **2.4** |
| 2.49 | **Michael J. Felice** | **646 Avalon Gardens Drive**<br>**Nanuet, NY 10954** | **Hunter Douglas** | ☐ D _____<br>☐ E/F _____<br>⬛ G    **2.6** |
| 2.50 | **Michael J. Felice** | **646 Avalon Gardens Drive**<br>**Nanuet, NY 10954** | **Blue Vine** | ☐ D _____<br>☐ E/F _____<br>⬛ G    **2.2** |
| 2.51 | **Michael J. Felice** | **646 Avalon Grdens Drive**<br>**Nanuet, NY 10954** | **17 North Associates/Gabrellia n Associate** | ☐ D _____<br>☐ E/F _____<br>⬛ G    **2.1** |
| 2.52 | **Michael J. Felice** | **646 Avalon Grdens Drive**<br>**Nanuet, NY 10954** | **Discover Financial** | ☐ D _____<br>☐ E/F _____<br>⬛ G    **2.3** |
| 2.53 | **Michael J. Felice** | **646 Avalon Grdens Drive**<br>**Nanuet, NY 10954** | **Heartland Payment Systems** | ☐ D _____<br>☐ E/F _____<br>⬛ G    **2.5** |

| Debtor | **Michael Felice Interiors LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.54 **Michael J. Felice** | **646 Avalon Grdens Drive**<br>**Nanuet, NY 10954** | **Kabbage** | ☐ D ____<br>☐ E/F ____<br>■ G ___**2.7**___ |
| 2.55 **Michael J. Felice** | **646 Avalon Grdens Drive**<br>**Nanuet, NY 10954** | **Knight Capital** | ☐ D ____<br>☐ E/F ____<br>■ G ___**2.8**___ |
| 2.56 **Michael J. Felice** | **646 Avalon Grdens Drive**<br>**Nanuet, NY 10954** | **On Deck Capital** | ☐ D ____<br>☐ E/F ____<br>■ G ___**2.9**___ |
| 2.57 **Michael J. Felice** | **646 Avalon Grdens Drive**<br>**Nanuet, NY 10954** | **Par Funding / CBSG** | ☐ D ____<br>☐ E/F ____<br>■ G ___**2.10**___ |
| 2.58 **Michael J. Felice** | **646 Avalon Grdens Drive**<br>**Nanuet, NY 10954** | **PayPal** | ☐ D ____<br>☐ E/F ____<br>■ G ___**2.11**___ |
| 2.59 **Michael J. Felice** | **646 Avalon Grdens Drive**<br>**Nanuet, NY 10954** | **Wyckoff Associates** | ☐ D ____<br>☐ E/F ____<br>■ G ___**2.12**___ |

**Fill in this information to identify the case:**

Debtor name      **Michael Felice Interiors LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | **$1,229,934.89** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **$1,115,990.00** |
| **For the fiscal year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$815,126.00** |
| **For the fiscal year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$494,386.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Michael Felice Interiors LLC**                                    Case number *(if known)* _____

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **17 North Associates/Gabrellian Associate 95 NJ-17 South Paramus, NJ 07652** | **Ordinary course of business** | **Unknown** | **Landlord** |
| 4.2.  **Blue Vine Attn: President / C.E.O. / Responsible Agent 401 Warren Street Redwood City, CA 94063** | **Ordinary course of business** | **Unknown** | |
| 4.3.  **CHTD Company P.O Box 2576 Springfield, IL 62708** | **Ordinary course of business** | **Unknown** | |
| 4.4.  **Wyckoff Associates Attn: President / C.E.O. / Responsible Agent 365 Franklin Avenue Wyckoff, NJ 07481** | **Ordinary course of business** | **Unknown** | **Landlord** |
| 4.5.  **The Hartford Financial Services Group Attn: President / C.E.O. / Responsible Agent P.O. Box 249 Itasca, IL 60143** | **Ordinary course of business** | **Unknown** | |
| 4.6.  **GTR Source / Empire Attn: President / C.E.O. / Responsible Agent 2361 Nostrand Avenue, Suite 501 Brooklyn, NY 11210** | **Ordinary course of business** | **Unknown** | |
| 4.7.  **Heartland Payment Systems Attn: President / C.E.O. / Responsible Agent 3932 S. Boulevard Street Edmond, OK 73003** | **Ordinary course of business** | **Unknown** | |
| 4.8.  **Hunter Douglas Attn: President / C.E.O. / Responsible Agent 1 Blue Hill Plaza, 21st Fl. Pearl River, NY 10965** | **Ordinary course of business** | **Unknown** | |

| Debtor | **Michael Felice Interiors LLC** | Case number *(if known)* | |

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.9. **Kabbage**<br>**Attn: President / C.E.O. / Responsible Agent**<br>**925 B Peachtree Street, Suite 1688**<br>**Atlanta, GA 30309** | **Ordinary course of business** | **Unknown** | |
| 4.10 **Knight Capital**<br>· **Attn: President / C.E.O. / Responsible Agent**<br>**9 East Loockerman Street, Suite 202-543**<br>**Dover, DE 19901** | **Ordinary course of business** | **Unknown** | |
| 4.11 **Par Funding / Complete Business Solution**<br>· **Attn: President / C.E.O. / Responsible Agent**<br>**2000 PGA Blvd., Suite 440**<br>**North Palm Beach, FL 33408** | **Ordinary course of business** | **Unknown** | |
| 4.12 **Influx Capital LLC**<br>· **Attn: President / C.E.O. / Responsible Agent**<br>**32 Court Street # 205**<br>**Brooklyn, NY 11201** | **Ordinary course of business** | **Unknown** | |
| 4.13 **On Deck**<br>· **Attn: President / C.E.O. / Responsible Agent**<br>**901 North Stuart Street**<br>**Arlington, VA 22203** | **Ordinary course of business** | **Unknown** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Par Funding/Complete Business Solution**<br>**Attn: President / C.E.O. / Responsible Agent**<br>**2000 PGA Blvd., Suite 440**<br>**Palm Beach Gardens, FL 33408** | **Frozen TD Bank and Bank of America accounts** | | **$3,474.42** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Debtor | **Michael Felice Interiors LLC** | Case number *(if known)* | |

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Complete Business Solutions Group, Inc. vs. Michael Felice Interiors LLC D/B/A, Michael Felice Interiors and Michael Felice and Cecilla Guzzo**<br>**190802827** | Contract | **Philadelphia County Court of Common Plea**<br>**1400 John F. Kennedy Blvd.**<br>**Philadelphia, PA 19107** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **American Express National Bank vs. Cecilia Guzzo and Michael Felice Interiors Limited Liability Company**<br>**BER-L-006656-19** | Civil | **Superior Court of New Jersey**<br>**Bergen County**<br>**10 Main Street**<br>**Hackensack, NJ 07601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor    **Michael Felice Interiors LLC**                                Case number (if known) _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Scura, Wigfield, Heyer, Stevens & Cammarota, LLP 1599 Hamburg Turnpike Wayne, NJ 07470** | | **01/23/2020** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **William & Marlene Koenig** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **Michael Felice Interiors LLC**                                           Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

     **Names,Credit Card #'s.** _____

     Does the debtor have a privacy policy about that information?
     ☐ No
     ☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the
    medium affected (air, land, water, or any other medium).

| Debtor | **Michael Felice Interiors LLC** | Case number *(if known)* |
|---|---|---|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service
From-To |
|---|---|---|
| 26a.1. | **Maurice Ferraro - Accountant
666 Godwin Avenue, Suite 210
Midland Park, NJ 07432** | **12/13/2019,
05/16/2018,
10/18/2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    **Michael Felice Interiors LLC**                                          Case number *(if known)* _____

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael J. Felice | 646 Avalon Gardens Drive Nanuet, NY 10954 | Member | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cecilia Guzzo | 28 Pasack Road Park Ridge, NJ 07656 | Member | 50 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Michael J. Felice 45 Stony Ridge Drive Hillsdale, NJ 07642 | 166,934.59 | 2019 | |
| **Relationship to debtor** Member | | | |

Debtor    **Michael Felice Interiors LLC**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Cecilia Guzzo**<br>**45 Stony Ridge Drive**<br>**Hillsdale, NJ 07642** | 166,934.59 | 2019 | |
| | **Relationship to debtor**<br>**Member** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 30, 2020**

**/s/ Michael J. Felice**                                    **Michael J. Felice**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re __Michael Felice Interiors LLC__                                                      Case No. _____
                                                   Debtor(s)         Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................... $ _____ **5,000.00**

    Prior to the filing of this statement I have received .................................. $ _____ **5,000.00**

    Balance Due ............................................................................................. $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor          ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☐ Debtor          ■ Other (specify):    **Debtor has retained the Law Firm of Scura, Wigfield, Heyer, Stevens &
                                            Cammorota, LLP on an hourly basis.**

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__January 30, 2020__                                __/s/ David L. Stevens__
*Date*                                              **David L. Stevens 034422007 NJ**
                                                    *Signature of Attorney*
                                                    **Scura, Wigfield, Heyer, Stevens & Cammarota, LLP
                                                    1599 Hamburg Turnpike
                                                    Wayne, NJ 07470
                                                    973-696-8391
                                                    ecfbkfilings@scuramealey.com**
                                                    *Name of law firm*

---

# United States Bankruptcy Court
## District of New Jersey

In re   **Michael Felice Interiors LLC**                                Case No. _____

                                   Debtor(s)              Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 30, 2020** _____      Signature  **/s/ Michael J. Felice** _____

                                                   **Michael J. Felice**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of New Jersey

In re   **Michael Felice Interiors LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 30, 2020**

**/s/ Michael J. Felice**

**Michael J. Felice**/**Member**
Signer/Title

17 North Associates/Gabrellian Associate
Attn: President / C.E.O. / Responsible
Agent
95 NJ-17 South
Paramus, NJ 07652

17 North Associates/Gabrellian Associate
95 NJ-17 South
Paramus, NJ 07652

Alexa Houlis
37 Fremont Avenue
Nanuet, NY 10954

American Express
Attn: President / C.E.O. / Responsible
Agent
200 Vesey Street
New York, NY 10285-3106

American Express
Attn: President / C.E.O. / Responsible
Agent
200 Vesey Street
New York, NY 10285-3106

Bank Of America
Attn: President / C.E.O. / Responsible
Agent
P.O. Box 15019
Wilmington, DE 19886

Bank Of America
Attn: President / C.E.O. / Responsible
Agent
P.O. Box 15796
Wilmington, DE 19886

Barbara Benson
623 Pawnee Lane
Franklin Lakes, NJ 07417

Biehl & Biehl Inc - Attn: Achris Goldman
c/o Norh Jersey Media
325 E. Fullerton Avenue
Carol Stream, IL 60188

Blue Vine
Attn: President / C.E.O. / Responsible
Agent
401 Warren Street
Redwood City, CA 94063


Blue Vine
401 Warren Street
Redwood City, CA 94063


Buchanan Ingersoll Rooney
Attn: Michael D. Hall
c/o Install Focus
550 Broad Street, Suite 810
Newark, NJ 07102


C T Corporation System
330 N Brand Blvd, Suite 700
Attn: SPRS
Glendale, CA 91203


Capital One
Attn: President / C.E.O. / Responsible
Agent
P.O. Box 6492
Carol Stream, IL 60197


Carole Fabrics
Attn: President / C.E.O. / Responsible
Agent
P.O. Box 1436
Augusta, GA 30903


Cecilia E. Guzzo
28 Pascack Road
Park Ridge, NJ 07656


Cecilia Guzzo
45 Stony Ridge Drive
Hillsdale, NJ 07642


Cecilia Guzzo
45 Stony Ridge Drive
Hillsdale, NJ 07642

```
Cecilia Guzzo
45 Stony Ridge Drive
Hillsdale, NJ 07642


Cecilia Guzzo
45 Stony Ridge Drive
Hillsdale, NJ 07642


Cecilia Guzzo
45 Stony Ridge Drive
Hillsdale, NJ 07642


Cecilia Guzzo
45 Stony Ridge Drive
Hillsdale, NJ 07642


Cecilia Guzzo
45 Stony Ridge Drive
Hillsdale, NJ 07642


Cecilia Guzzo
45 Stony Ridge Drive
Hillsdale, NJ 07642


Cecilia Guzzo
45 Stony Ridge Drive
Hillsdale, NJ 07642


Cecilia Guzzo
45 Stony Ridge Drive
Hillsdale, NJ 07642


Cecilia Guzzo
45 Stony Ridge Drive
Hillsdale, NJ 07642


Cecilia Guzzo
45 Stony Ridge Drive
Hillsdale, NJ 07642


Cecilia Guzzo
45 Stony Ridge Drive
Hillsdale, NJ 07642
```

Cecilia Guzzo
45 Stony Ridge Drive
Hillsdale, NJ 07642


Cecilia Guzzo
45 Stony Ridge Drive
Hillsdale, NJ 07642


Cecilia Guzzo
45 Stony Ridge Drive
Hillsdale, NJ 07642


Cecilia Guzzo
45 Stony Ridge Drive
Hillsdale, NJ 07642


Cecilia Guzzo
45 Stony Ridge Drive
Hillsdale, NJ 07642


Cecilia Guzzo
45 Stony Ridge Drive
Hillsdale, NJ 07642


Cecilia Guzzo
45 Stony Ridge Drive
Hillsdale, NJ 07642


Cecilia Guzzo
28 Pasack Road
Park Ridge, NJ 07656


Cecilia Guzzo
28 Pasack Road
Park Ridge, NJ 07656


CHTD Company
P.O Box 2576
Springfield, IL 62708


Cirino Landscaping
Attn: President / C.E.O. / Responsible
Agent
440 West Main Street
Wyckoff, NJ 07481

CK Electronics
Attn: President / C.E.O. / Responsible
Agent
10 Storrs Court
Mahwah, NJ 07430


Complete Group Solutions Group, INC.
325 Cherry Street
Philadelphia, PA 19106


Complete Group Solutions Group, INC.
Attn: President / C.E.O. / Responsible
Agent
22 N. 3rd Street
Philadelphia, PA 19106


Cowtan & Tout
Attn: President / C.E.O. / Responsible
Agent
205 Hudson Street, 6th Floor
New York, NY 10013


Currey & Company
Attn: President / C.E.O. / Responsible
Agent
50 Best Friend Road
Atlanta, GA 30340


Design NJ
Attn: President / C.E.O. / Responsible
Agent
328 Newman Springs Road, Suite 11
Red Bank, NJ 07701


DexYP
Attn: President / C.E.O. / Responsible
Agent
P.O. Box 619009, DFW Airport
Dallas, TX 75261


Discover
Attn: President / C.E.O. / Responsible
Agent
P.O. Box 6105
Carol Stream, IL 60197

Discover Financial
Attn: President / C.E.O. / Responsible
Agent
12 Reads Way
New Castle, DE 19720


Discover Financial
Attn: President / C.E.O. / Responsible
Agent
12 Reads Way
New Castle, DE 19720


Elizabeth Kane
8 Romary Court
Glen Rock, NJ 07452


Elyce Berenzweig
28 Hazy Gate Lane
Franklin Lakes, NJ 07417


Fairfield Chairs
Attn: President / C.E.O. / Responsible
Agent
P.O. Box 890081
Charlotte, NC 28289


Fine Line Delivery
Attn: President / C.E.O. / Responsible
Agent
27 Utter Avenue, Suite D
Hawthorne, NJ 07506


First Data Global Leasing
Attn: President / C.E.O. / Responsible
Agent
P.O. Box 173845
Denver, CO 80217


Franklin Funding Group LLC
Attn: President / C.E.O. / Responsible
Agent
1425 37th Street
Brooklyn, NY 11218

GTR Source / Empire
Attn: President / C.E.O. / Responsible
Agent
2361 Nostrand Avenue, Suite 501
Brooklyn, NY 11210


GTR Source / Empire
Attn: President / C.E.O. / Responsible
Agent
2361 Nostrand Avenue, Suite 501
Brooklyn, NY 11210


Hallman Furniture
265 Wittenburg Road
Taylorsville, NC 28681


Hanson Homes
Attn: President / C.E.O. / Responsible
Agent
1 Willow Court
Park Ridge, NJ 07656


Heartland Payment Systems
Attn: President / C.E.O. / Responsible
Agent
3932 S. Boulevard Street
Edmond, OK 73003


Heartland Payment Systems
Attn: President / C.E.O. / Responsible
Agent
3932 S. Boulevard Street


Hooker
Attn: President / C.E.O. / Responsible
Agent
400 Commonwealth, Blvd., E
Martinsville, VA 24112


Houles
Attn: President / C.E.O. / Responsible
Agent
979 Thirs Avenue, Suite 919
New York, NY 10022

Hunter Douglas
Attn: President / C.E.O. / Responsible
Agent
1 Blue Hill Plaza, 21st Fl.
Pearl River, NY 10965


Hunter Douglas
1 Blue Hill Plaza
Pearl River, NY 10965


Influx Capital LLC
Attn: President / C.E.O. / Responsible
Agent
32 Court Street # 205
Brooklyn, NY 11201


Jacqueline & Mike Kelly
723 6th Street
River Edge, NJ 07661


Janette Casse
20 Hill Street
Midland Park, NJ 07432


JF Fabric
Attn: President / C.E.O. / Responsible
Agent
P.O. Box 888, 6000 Main Street
Tonawanda, NY 14151


Joe Donaway Wallcovering Installation
Attn: President / C.E.O. / Responsible
Agent
38 Dogwood Road
Boonton, NJ 07005


John Hartley, Esq
Brian H. Smith, Esq.
c/o Complete Business Solutions Group
20 N. 3rd Street
Philadelphia, PA 19106


John Richard
306 Eastman
Greenwood, MS 38930

Kabbage
Attn: President / C.E.O. / Responsible
Agent
925 B Peachtree Street, Suite 1688
Atlanta, GA 30309


Kabbage
925 B Peachtree Street, Suite 1688
Atlanta, GA 30309


Knight Capital
Attn: President / C.E.O. / Responsible
Agent
9 East Loockerman Street, Suite 202-543
Dover, DE 19901


Knight Capital
Attn: President / C.E.O. / Responsible
Agent
9 East Loockerman Street, Suite 202-543
Dover, DE 19901


Kravet
Attn: President / C.E.O. / Responsible
Agent
P.O. Box 9413
New York, NY 10087


Levy Diamond Bello & Associates
c/o Fabricut
P.O. Box 352
Milford, CT 06460


Loren Ferraro
666 Godwin Avenue, Suite 210
Midland Park, NJ 07432


Lyon Collection Services
c/o Saloom
7924 West Sahara Avenue
Las Vegas, NV 89117


Marlene & William Koenig
28 Pascack Road
Park Ridge, NJ 07656

Marshall Stokols


Merchant Alarm Systems
Attn: President / C.E.O. / Responsible
Agent
203 Paterson Avenue
Wallington, NJ 07057


Michael J Felice
646 Avalon Gardens Drive
Nanuet, NY 10954


Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642


Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642


Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642


Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642


Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642


Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642


Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642


Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642


Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642

Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642


Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642


Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642


Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642


Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642


Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642


Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642


Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642


Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642


Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642


Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642

Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642


Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642


Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642


Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642


Michael J. Felice
45 Stony Ridge Drive
Hillsdale, NJ 07642


Michael J. Felice
646 Avalon Gardens Drive
Nanuet, NY 10954


Michael J. Felice
646 Avalon Gardens Drive
Nanuet, NY 10954


Michael J. Felice
646 Avalon Grdens Drive
Nanuet, NY 10954


Michael J. Felice
646 Avalon Grdens Drive
Nanuet, NY 10954


Michael J. Felice
646 Avalon Grdens Drive
Nanuet, NY 10954


Michael J. Felice
646 Avalon Grdens Drive
Nanuet, NY 10954

Michael J. Felice
646 Avalon Grdens Drive
Nanuet, NY 10954


Michael J. Felice
646 Avalon Grdens Drive
Nanuet, NY 10954


Michael J. Felice
646 Avalon Grdens Drive
Nanuet, NY 10954


Michael J. Felice
646 Avalon Grdens Drive
Nanuet, NY 10954


Michael J. Felice
646 Avalon Grdens Drive
Nanuet, NY 10954


Michelle Griffith
159 S. Highwood Avenue
Glen Rock, NJ 07452


New Jersey Attorney General Office
Division of Law
Richard J. Hughes Justice Complex
25 Market St., PO Box 112
Trenton, NJ 08625


New Jersey Division of Taxation
Compliance & Enforcement - Bankruptcy
50 Barrack St., 9th Fl.
PO Box 245
Trenton, NJ 08695


Norman M. Valz, Esq.
205 Arch Street, 2nd Fl.
Philadelphia, PA 19106


Olivia Janovic
51 Hering Road
Montvale, NJ 07645

On Deck
Attn: President / C.E.O. / Responsible
Agent
901 North Stuart Street
Arlington, VA 22203


On Deck Capital
Attn: President / C.E.O. / Responsible
Agent
901 North Stuart Street
Arlington, VA 22203


Osborne & Little
Attn: President / C.E.O. / Responsible
Agent
90 Commerce Road
Stamford, CT 06902


Par Funding / CBSG
Attn: President / C.E.O. / Responsible
Agent
20 North 3rd Street
Philadelphia, PA 19106


Par Funding / Complete Business Solution
Attn: President / C.E.O. / Responsible
Agent
2000 PGA Blvd., Suite 440
North Palm Beach, FL 33408


Park Flooring
Attn: President / C.E.O. / Responsible
Agent
658 Colonial Blvd.
Washington, NJ 07675


PayPal
Attn: President / C.E.O. / Responsible
Agent
3505 Silver Side Road, Suite 200
Wilmington, DE 19810


PayPal
Attn: President / C.E.O. / Responsible
Agent
3505 Silver Side Road, Suite 200
Wilmington, DE 19810

Phillip Jeffries
180 Passaic Avenue
Fairfield, NJ 07004


Pioneer Credit Recovery
c/o NJ Division of Taxation
Attn: Arthur Crichlow
P.O. Box 1009
Moorestown, NJ 08057


Pollio Plumbing
Attn: President / C.E.O. / Responsible
Agent
P.O. Box 445
Dumont, NJ 07628


PSE&G
P.O. Box 14444
New Brunswick, NJ 08906-4444


Quicksilver Capital, LLC
Attn: President / C.E.O. / Responsible
Agent
181 S. Franklin Ave.
Valley Stream, NY 11581


RA/Duralee
LSQ Funding Group, L.C.
P.O. Box 404322
Atlanta, GA 30384


Rakotex
Attn: President / C.E.O. / Responsible
Agent
96 Linwood Plaza, Suite 251
Fort Lee, NJ 07024


Romo
Attn: President / C.E.O. / Responsible
Agent
16722 West Park Circle Drive
Chagrin Falls, OH 44023

Sirlin Lesser & Benson, P.C.
Attn: Jon C. Sirlin, Esq.
c/o TD Bank
123 South Broad Street, Suite 2100
Philadelphia, PA 19109


Stout
Attn: President / C.E.O. / Responsible
Agent
P.O. Box 528
Souderton, PA 18964


Style Library
Attn: President / C.E.O. / Responsible
Agent
800 Huyler Street
Teterboro, NJ 07608


The Hartford Financial Services Group
Attn: President / C.E.O. / Responsible
Agent
P.O. Box 249
Itasca, IL 60143


Thibaut
Attn: President / C.E.O. / Responsible
Agent
P.O. Box 95000-5775
Philadelphia, PA 19195


Unique
Attn: President / C.E.O. / Responsible
Agent
P.O. Box 1036
Champlain, NY 12919


United States Attorney General
U.S. Department of Jusitce
Ben Franklin Station
P.O. Box 683
Washington, DC 20044


Waste Management
Attn: President / C.E.O. / Responsible
Agent
1001 Fannin, Suite 4000
Houston, TX 77002

```
Webster Carpet
Attn: President / C.E.O. / Responsible
Agent
P.O. Box 4403
Cherry Hill, NJ 08034


Wyckoff Associates
Attn: President / C.E.O. / Responsible
Agent
365 Franklin Avenue
Wyckoff, NJ 07481


Wyckoff Associates
365 Franklin Avenue
Wyckoff, NJ 07481


Zimmer & Rohdes
Attn: President / C.E.O. / Responsible
Agent
30 Buxton Farm Road, Suite 110
Stamford, CT 06905


Zwicker & Associates
Attn: Peter N. Fish, Esq.
1105 Laurel Oak Road, Suite 136
Voorhees, NJ 08043
```

# United States Bankruptcy Court
## District of New Jersey

In re   **Michael Felice Interiors LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Michael Felice Interiors LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 30, 2020**

Date

**/s/ David L. Stevens**

**David L. Stevens 034422007 NJ**

Signature of Attorney or Litigant

Counsel for   **Michael Felice Interiors LLC**

**Scura, Wigfield, Heyer, Stevens & Cammarota, LLP**

**1599 Hamburg Turnpike**
**Wayne, NJ 07470**
**973-696-8391**
**ecfbkfilings@scuramealey.com**